NUMBER 13-04-384-CV

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI - EDINBURG
____________________________________________________________
 
JAY D. BAUGH, ET AL.                                                             Appellants,

v.

AIRTROL SUPPLY, INC., ET AL.,                                               Appellees.
_____________________________________________________________

On appeal from the 117th District Court 
of Nueces County, Texas
_____________________________________________________________

MEMORANDUM OPINION

Before Justices Hinojosa, Yañez, and Garza
Opinion Per Curiam

          Appellants, JAY D. BAUGH, ET AL, attempted to perfect an appeal from orders
entered by the 117th District Court of Nueces County, Texas, in cause number 01-02200-B. The orders from which this appeal is attempted were signed March 19, 2004 through
March 31, 2004. Based on the information before this Court, it does not appear that a
timely motion for new trial was filed. Pursuant to Tex. R. App. P. 26.1, appellants’ notice
of appeal was due on April 30, 2004, but was not filed until June 21, 2004. 
          Notice of this defect was given so that steps could be taken to correct the defect,
if it could be done. Appellants were advised that, if the defect was not corrected within ten
days from the date of receipt of this Court’s letter, the appeal would be dismissed. To date,
no response has been received from appellants.
          The Court, having examined and fully considered the documents on file, appellants’
failure to timely perfect their appeal, and appellants’ failure to respond to this Court’s
notice, is of the opinion that the appeal should be dismissed for want of jurisdiction. The
appeal is hereby DISMISSED FOR WANT OF JURISDICTION. Any pending motions are
dismissed as moot. 
                                                                           PER CURIAM


Memorandum Opinion delivered and filed this
the 30th day of September, 2004.